# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Stephen Lally

Plaintiff,

-v-

Novartis Pharmaceuticals Corporation

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Stephen Lally (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.  Not applicable.

Date: 3/17/2020

/s/ Raymond C. Silverman
Signature of Attorney

Attorney Bar Code: RS4057

Form Rule7_1.pdf   SDNY Web 10/2007