AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Stephen Lally )<br>*Plaintiff* )<br>v. )<br>Novartis Pharmaceuticals Corporation )<br>*Defendant* ) | Case No. 1:20-cv-02359-LAP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Novartis Pharmaceuticals Corporation   .

Date:   04/20/2020

/s/Marina Plotkin
*Attorney's signature*

/s/Marina Plotkin (MP4911 )
*Printed name and bar number*
Harris Beach PLLC
100 Wall Street
New York, New York 10005

*Address*

mplotkin@harrisbeach.com
*E-mail address*

(212) 687-0100
*Telephone number*

(212) 687-0659
*FAX number*