UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

STEPHEN LALLY,

              Plaintiff,

     -against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

              Defendant.

---------------------------------

No. 20-CV-2359 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for February 5, 2021 at 9:30 a.m

will occur as a teleconference using the dial-in 877-402-9753,

access code: 6545179.

**SO ORDERED.**

Dated:  January 29, 2021
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.