UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LALLY,

          Plaintiff,

-against-

NOVARTIS PHARMACEUTICALS CORPORATION,

          Defendant.

No. 20-CV-2359 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and propose by letter a briefing schedule for Plaintiff's recently filed motion to stay. (See dkt. no. 26.)

**SO ORDERED.**

Dated:    June 23, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1